**08 C 1311**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**JUDGE HART**
**MAGISTRATE JUDGE VALDEZ**

### SUMMONS IN A CIVIL CASE

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

CASE NUMBER:

V.

ASSIGNED JUDGE:

R & W CLARK CONSTRUCTION, INC. a dissolved
corporation and RICK CLARK individually and d/b/a
R & W CLARK CONSTRUCTION, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

RICK CLARK
17733 LILAC LANE
TINLEY PARK, IL 60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

----------------------------------------
**(By) DEPUTY CLERK**



**March 5, 2008**
----------------------------------------
Date

ClientCaseID: N7627/DPM
Law Firm ID: WHITFIEL

*181226A*

CaseReturnDate: 4/13/08

Affidavit of Special Process Sever

# UNITED STATES DISTRICT COURT

Case Number **08C1311**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## ABODE SERVICE

THAT I SERVED THE WITHIN    SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT    RICK CLARK, INDIVIDUALLY
PERSON SERVED    COLLEEN CLARK, DAUGHTER

I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

That the sex, race and approximate age of the person whom I left the    SUMMONS AND COMPLAINT
are as follow:
Sex  FEMALE  Race  WHITE  Age  19
Height  5'7"  Build  THIN  Hair  BLONDE

LOCATION OF SERVICE    17733 Lilac Lane
Tinley Park, IL, 60477

Date Of Service:  3/16/08    Time of Service:  9:53 AM    Date Of Mailing  3/18/2008

ANNA CANOLE    3/28/2008
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.