LCW

**08 C 1311**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**JUDGE HART**
**MAGISTRATE JUDGE VALDEZ**

### SUMMONS IN A CIVIL CASE

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

CASE NUMBER:

V.

ASSIGNED JUDGE:

R & W CLARK CONSTRUCTION, INC. a dissolved
corporation and RICK CLARK individually and d/b/a
R & W CLARK CONSTRUCTION, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

R & W CLARK CONSTRUCTION, INC.
c/o RICK CLARK, REGISTERED AGENT
17733 LILAC LANE
TINLEY PARK, IL 60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**March 5, 2008**

-------------------------------------
**(By) DEPUTY CLERK**

-------------------------------------
**Date**



ClientCaseID:  N7627/DPM
Law Firm ID:   WHITFIEL


*179965A*

CaseReturnDate:  4/13/08

**Affidavit of  Special Process Sever**

# UNITED STATES DISTRICT COURT

Case Number **08C1311**

I, **ANNA CANOLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY  #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  **R & W Clark Construction, Inc.**
PERSON SERVED **RICK CLARK, AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/22/08**

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sex** | MALE | **Race** | WHITE | **Age** | 50S | |
| **Height** | 5'10" | **Build** | AVERAGE | **Hair** | SALT & PEPPER | |

LOCATION OF SERVICE   **17733   Lilac Lane**
**Tinley Park, IL, 60477**

Date Of Service   **3/22/08**          Time of Service   **7:45 PM**

ANNA CANOLE                                        3/28/2008
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.