IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al._____Plaintiffs, <br><br>v.<br><br>R & W CLARK CONSTRUCTION, INC. a dissolved corporation and RICK CLARK individually and d/b/a R & W CLARK CONSTRUCTION, INC.<br><br>_____Defendants. | Case No. 08 C 1311<br>Judge Hart |

<u>NOTICE OF MOTION</u>

Rick Clark
R & W CLARK CONSTRUCTION, INC.
17733 Lilac Lane
Tinley Park, IL 60477

PLEASE TAKE NOTICE that on **May 28, 2008** I shall appear before the Honorable Judge Hart at approximately **11:00 a.m. in Courtroom 2243** at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

<u>s/DANIEL P. McANALLY</u>

<u>Certificate of Service</u>

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on May 21, 2008, <u>s/Daniel P. McAnally</u>.

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700