Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1311 | DATE | 5/28/2008 |
| CASE TITLE | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. V. R & W Clark Construction, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for default judgment [10] is withdrawn since defendants have entered into a payment plan.. This case is dismissed without prejudice with leave to reinstate by 9/15/2008 for the purpose of entering judgment. If no motion to reinstate is filed by 9/15/2008, this case shall be deemed dismissed with prejudice without further order of the Court; each party shall bear its own attorney's fees and costs. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|