HHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND<br><br>Plaintiffs,<br><br>v.<br><br>R & W CLARK CONSTRUCTION, INC. a dissolved corporation and RICK CLARK individually and d/b/a R & W CLARK CONSTRUCTION, INC.<br><br>Defendants. | Case No. 08 C 1311<br><br>Judge Hart |

**AGREED ORDER OF DISMISSAL**

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

IT IS HEREBY ORDERED:

1. This case is dismissed without prejudice.

2. That Defendant shall pay to the Plaintiffs, $14,093.90 in three equal monthly installments beginning June 6, 2008. If the Defendant defaults on the payments, the Plaintiffs shall have the right to reinstate this case on or before September 15, 2008 for the sole purpose of entering judgment on the balance of the unpaid amount plus accrued liquidated damages, interest and attorney fees.

3. In the event a motion to reinstate is not filed on or before September 15, 2008, the case shall be deemed dismissed with prejudice without further order of the Court.

4. Each party shall bear its own attorney's fees and costs.

ENTERED:

_____
WILLIAM T. HART
UNITED STATES DISTRICT JUDGE

DATED: 5/28/08