IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1311 Judge Hart |
| v. | ) ) | |
| R & W CLARK CONSTRUCTION, INC., a dissolved corporation and RICK CLARK, individually and d/b/a R & W CLARK CONSTRUCTION, INC. | ) ) ) ) ) | |
| Defendant. | ) | |

AMENDED NOTICE OF MOTION

Todd A. Miller
Allocco Miller & Cahill
3409 N. Paulina Street
Chicago, IL 60657

PLEASE TAKE NOTICE that on **Wednesday, August 13, 2008** I shall appear before the **Honorable Judge Hart** at approximately **11:00 a.m.** in Courtroom **2243** at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my motion for reinstatement and for judgment.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

s/DANIEL P. McANALLY

Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on July 30, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700